UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MELVIN GRAHAM MCCLAIN,

      Petitioner,

vs.                                     Case No. 3:06-cv-622-J-12HTS

JORGE L. PASTRANA, WARDEN,

      Respondent.

_____

ORDER

This cause is before the Court on the Petitioner's August 16, 2006, Notice of Appeal (Doc. #9), which the Court also construes as a request for a certificate of appealability (Doc. #10). The Petitioner seeks to appeal the Court's Order (Doc. #7), filed July 21, 2006, dismissing his "Petition for Writ of Habeas Corpus Under 28 [U.S.C.] § 2241" (Doc. #1), which had been construed as a successive §2255 motion. The Court finds that the Petitioner has not made a substantial showing of the denial of a constitutional right for the reasons set forth in the Court's previous Order (Doc. #7). As a result, the Petitioner's request for a certificate of appealability must be denied.

Accordingly, it is

**ORDERED AND ADJUDGED:**

1.    Petitioner's August 16, 2006, Notice of Appeal (Doc. #9), construed as a request for a certificate of appealability (Doc. #10), is **DENIED**.

2.    Because this Court has determined that this case does not deserve to proceed further, the **Clerk** shall terminate from the pending motions report any motion to proceed on appeal as a pauper that may be filed in this case.  Such termination shall serve as a denial of the motion.

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of August, 2006.

Howell W. Melton
Howell W. Melton
Senior United States District Judge

ps 8/22
c:
Melvin Graham McClain
USCA